**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARK W. DOBRONSKI,

      Plaintiff,

v.                                                Case No. 2:24-cv-12512
                                                    Hon. Brandy R. McMillion

1-800-LAW-FIRM, PLLC,

      Defendant.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter having come before the Court upon the parties having stipulated to a Dismissal Without Prejudice (ECF No. 38) and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: September 22, 2025                            s/Brandy R. McMillion
                                                                  Honorable Brandy R. McMillion
                                                                    United States District Judge